**ERICA K. ZUNKEL**
California State Bar No. 229285
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
erica_zunkel@fd.org

Attorneys for Mr. Vasquez-Cabrera

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>               Plaintiff,             )<br>                                                      )<br> v.                                                )<br>                                                      )<br> ZURIEL ALVAREZ-ITURBIDE,  )<br>                                                      )<br>               Defendant.          )<br>_____) | Case No. 07mj2831<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Erica Zunkel and Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorneys in the above-captioned case.

                                                                      Respectfully submitted,

Dated: December 11, 2007              *s/ Erica Zunkel*
                                                                      Federal Defenders of San Diego, Inc.
                                                                      Attorneys for Defendant
                                                                      erica_zunkel@fd.org