**ERICA K. ZUNKEL**
California State Bar No. 229285
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
erica_zunkel@fd.org

Attorneys for Mr. Vasquez-Cabrera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07mj2791 |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **ELEAZAR VASQUEZ-CABRERA**, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney's**
efile.dkt.gc1@usdoj.gov

Dated: December 11, 2007              *s/ Erica K. Zunkel*
**ERICA K. ZUNKEL**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: erica_zunkel@fd.org